PAULA T. DOW
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, New Jersey  08625
Attorney for Defendant New Jersey Division of State Police
Potential Attorney for Defendants Trooper G. Dellagicoma, Trooper
M. Holguin, and Trooper C. Mills

By:  Jennifer S. Hsia
     Deputy Attorney General
     (609) 633-8687
     jennifer.hsia@dol.lps.state.nj.us

                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW JERSEY
                         VICINAGE OF NEWARK

| | | |
|---|---|---|
| ALLEN BASS, | : | HON. KATHARINE S. HAYDEN, U.S.D.J. |
| Plaintiff, | : | Civil Action No. 10-01195(KSH-PS) |
| v. | : | |
| | : | ORDER |
| NEW JERSEY DIVISION OF, STATE POLICE, TROOPER G. DELLAGICOMA, TROOPER M. HOLGUIN, TROOPER C. MILLS, and JOHN DOES (1-5) | : | |
| Defendants. | : | |

This matter having come before the Court on motion of Paula T. Dow, Attorney General of New Jersey, by Jennifer S. Hsia, Deputy Attorney General, on behalf of Defendants Trooper G. Dellagicoma, Trooper M. Holguin, and Trooper C. Mills, pursuant to Fed. R. Civ. P. 6(b)(1)(B) and the Court having considered the papers submitted and the court being advised that herein, this matter being decided under Fed. R. Civ. P. 78, and for Plaintiff consents;

good cause shown;

IT IS on this 15th day of March, 2010;

ORDERED that ~~Defendants~~ The motion Trooper G. Dellagicoma, Trooper M. Holguin, and Trooper C. Mills [Docket No. 2] is hereby granted ~~leave to~~ answer, and they shall file their move or otherwise reply to Plaintiff's Complaint within thirty days from the date of this order. If a party intends to file a motion in lieu of an answer then the party shall submit a letter setting forth the bases of the motion and requesting a telephone conference.

_____
Patty Shwartz
Honorable ~~Katharine S. Hayden~~
United States ~~District~~ Magistrate Judge