UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALLEN BASS,<br><br>        Plaintiff,<br><br>v.<br><br>NEW JERSEY STATE POLICE, et al.,<br><br>        Defendants. | Civ. No. 10-1195 (KSH) (PS)<br><br>ORDER |

This matter having come before the Court on defendants' motion for partial summary judgment [D.E. 42]; and the Court having considered the parties' written submissions and having heard oral argument; and for the reasons stated on the record at the conclusion of oral argument,

It is on this 24th day of April, 2012, hereby,

**ORDERED** that summary judgment is **granted** as to the claims under section 1983 against Trooper G. Dellagicoma, Trooper M. Holquin, and Trooper C. Mills in their official capacities only; and it is further

**ORDERED** that summary judgment is **granted** as to the claims against the New Jersey State Police; and it is further

**ORDERED** that summary judgment is **granted** as to the claim for malicious prosecution against Holquin and Mills only; and it is further

**ORDERED** that summary judgment is **granted** with regard to recovery of damages for pain and suffering under any state law negligence claims; and it is further

**ORDERED** that summary judgment is **denied** in all other respects.

                                                                       Katharine S. Hayden, U.S.D.J.