# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# NEWARK

### Minutes of Proceedings

*Judge*   Katharine S. Hayden                    4/24/12
                                                 Date of Proceedings

Court Reporter     Ralph Florio
Court Deputy       RoseMarie Guilloty

*Title of Case:*                                 Docket # 10-1195

 Bass  v NJ State Police, et al.

*Appearances:*

Raymond Hamlin, Esq for pltf
Vincent Rizzo, Esq for deft
Christine Kim, Esq for deft
Erin Greene, Esq for deft

*Nature of Proceeding:*

Hearing held with oral argument on the pending (53) motion for summary judgment.
Court denied the (53) motion.
Trial and briefing schedule shall issue.
Order to be filed.

Time in court: 3:00


                                    RoseMarie Guilloty
                                    RoseMarie Guilloty, Deputy Clerk