UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**NEWARK**  **DATE:** 1/22/13

**JUDGE:**  HAYDEN

**CASE**: 10-1195

**COURT REPORTER:** Ralph Florio

**Deputy Clerk:** RoseMarie Guilloty

**Title of Case:**

Bass v. New Jersey State Police

**APPEARANCES:**

Raymond Hamlin, Esq for pltf
Kenyatta Stewart, Esq for pltf
Vincent Rizzo, Esq for defts
Christine Kim, Esq for defts

**Nature of proceedings:**

Trial w/jury continued at 9:00 a.m.
Jury deliberations continued.
Lunch recess from 12:00 until 1:00 p.m.
Lunch for 8 jurors ordered from Hobbies.
Jury deliberations continued.
Jury verdict read onto the record at 3:00 p.m.

Trial w/jury concluded @ 3:30 p.m.

Time in court: 5:30

*RoseMarie Guilloty*

_____
RoseMarie Guilloty, Deputy Clerk