UNITED STATES DISTRICT COURT
DISTRICT of NEW JERSEY

Cv. 10-1195 (KSH)

Bass

-v-

Jury Communication # 1

New Jersey State Troopers

1) Can we please have a readback regarding the testimony about why the state troopers originally stopped Mr. Bass on the sidewalk and wrote the citation, SAID for riding a motor vehicle on the sidewalk?

↑
Dellagiacoma

Day 1 or 2

2) Could we please have a readback regarding the testimony Trooper Holguin gave about his speed when he was driving down Ellis and how fast he was going when he was driving parallel to Mr. Bass?

3) Can we get the dispatcher's record regarding the time between ~~~~ when the troopers were in "pursuit of a black male" and when they had him in custody?

DATE: [signature redacted]   1/22/2013