## Verdict Form

We, the jury, unanimously find the following by a preponderance of the evidence:

(1) (a) Do you find, from a preponderance of the evidence, that Trooper Gerald Dellagicoma intentionally committed an act, under color of state law, that violated Plaintiff's Fourth Amendment right not to be subjected to arrest without probable cause?

Answer: Yes_____ No___✓___

(b) Do you find, from a preponderance of the evidence, that Trooper Christopher Mills intentionally committed an act, under color of state law, that violated Plaintiff's Fourth Amendment right not to be subjected to arrest without probable cause?

Answer: Yes_____ No___✓___

(c) Do you find, from a preponderance of the evidence, that Trooper Miguel Holguin intentionally committed an act, under color of state law, that violated Plaintiff's Fourth Amendment right not to be subjected to arrest without probable cause?

Answer: Yes_____ No___✓___

(d) Do you find, from a preponderance of the evidence, that Trooper Gerald Dellagicoma intentionally committed an act under color of state law, that violated plaintiff's Fourth Amendment right not to be subjected to excessive force?

Answer: Yes___✓___ No_____

(e) Do you find, from a preponderance of the evidence, that Trooper Christopher Mills intentionally committed an act under color of state law, that violated plaintiff's Fourth Amendment right not to be subjected to excessive force?

Answer: Yes_____ No___✓___

(f) Do you find, from a preponderance of the evidence, that Trooper Miguel Holguin intentionally committed an act under color of state law, that

1

violated plaintiff's Fourth Amendment right not to be subjected to excessive force?

Answer: Yes_____ No___✓___

(g) Do you find, from a preponderance of the evidence, that Trooper Gerald Dellagicoma intentionally committed an act, under color of state, law that violated plaintiff's Fourth Amendment right not to be subjected to malicious prosecution?

Answer: Yes_____ No___✓___

**IF YOU ANSWERED "YES" TO ANY QUESTION IN PART (1), PROCEED TO PART (2). OTHERWISE, PLEASE STOP.**

(2) (a) Do you find, from a preponderance of the evidence, that any act committed by Trooper Gerald Dellagicoma, described in Part (1) above, caused injury to plaintiff?

Answer: Yes___✓___ No_____

(b) Do you find, from a preponderance of the evidence, that any act committed by Trooper Christopher Mills, described in Part (1) above, caused injury to plaintiff?

Answer: Yes_____ No___✓___

(c) Do you find, from a preponderance of the evidence, that any act committed by Trooper Miguel Holguin, described in Part (1) above, caused injury to plaintiff?

Answer: Yes_____ No___✓___

**IF YOU ANSWERED "YES" TO ANY QUESTION IN PART (2), PROCEED TO PART (3).**

2

IF YOU ANSWERED "NO" TO ALL THE QUESTIONS IN PART (2), SKIP PART (3) AND PROCEED TO PART (4).

(3) Please state the amount that will fairly compensate plaintiff for any injury he actually sustained as a result of any of the troopers' conduct.

Answer: $ __45,000__
(Fill in Dollar Figure)

AFTER ANSWERING PART (3), PROCEED TO PART (4).

(4) (a) Did Trooper Gerald Dellagicoma act maliciously or wantonly in violating plaintiff's rights?

Answer: Yes __✓__ No _____

(b) Did Trooper Christopher Mills act maliciously or wantonly in violating plaintiff's rights?

Answer: Yes _____ No __✓__

(c) Did Trooper Miguel Holguin act maliciously or wantonly in violating plaintiff's rights?

Answer: Yes _____ No __✓__

IF YOU ANSWERED "YES" TO ANY QUESTION IN PART (4), PROCEED TO PART (5). OTHERWISE, PEASE STOP.

(5) (a) Do you award punitive damages against Trooper Gerald Dellagicoma?

Answer: Yes __✓__ No _____

If yes, in what amount?

Answer: $ __10,000__
(Fill in Dollar Figure)

3

Mills?    (b) Do you award punitive damages against Trooper Christopher

Answer: Yes_____ No __✓__

If yes, in what amount?

Answer: $_____
(Fill in Dollar Figure)

(c) Do you award punitive damages against Trooper Miguel Holguin?

Answer: Yes_____ No __✓__

If yes, in what amount?

Answer: $_____
(Fill in Dollar Figure)

SO SAY WE ALL this __22__ day of __January__, 2013

_[signature redacted]_
Foreperson

4